02-11-245-CV








 




 
 
 
 
 
  
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
 
 




 

 

NO. 02-11-00245-CV 

 

 




 
 
 In re Crawford Ker
 
 
  
 
 
 RELATOR
 
 




 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                       ------------

The
court has considered relator’s petition for writ of mandamus and emergency motion
to stay and is of the opinion that relief should be denied.  Accordingly,
relator’s petition for writ of mandamus and emergency motion to stay are
denied.

PER CURIAM

 

PANEL: 
GARDNER, DAUPHINOT, and MCCOY, JJ.

 

DELIVERED: 
July 8, 2011









          [1]See
Tex. R. App. P. 47.4, 52.8(d).